IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| PEDRO ARCE, ) | CJ 2022 355 |
| Plaintiff, ) | |
| vs. ) | Case No. CJ-2022- |
| WAL-MART STORES EAST, L.P., ) | |
| Defendant. ) | |

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
JAN 25 2022
RICK WARREN
COURT CLERK

## PETITION

COMES NOW Plaintiff, Pedro Arce and for his causes of action against the above named Defendant, Wal-Mart Stores East, L.P., alleges and states as follows:

1. That on or about February 13, 2020, Plaintiff was a customer in Defendant's Store No. 389 located in Edmond, Oklahoma, Oklahoma County.

2. Plaintiff was an invitee in the Defendant's store, when Defendant's employee negligently approached the Plaintiff after he purchased a bicycle from Wal-Mart and accused him of stealing the bicycle.

3. That the Wal-Mart associate negligently grabbed the bicycle and attempted to pull it away from the Plaintiff, which resulted in the Plaintiff sustaining severe and permanent injuries.

4. That Wal-Mart was negligent in the hiring, training and supervision of its employee.

5. That Wal-Mart's employee violated numerous Wal-Mart policies and procedures which caused the Plaintiff to be injured.

6. That as a direct result of the Defendant's negligence, the Plaintiff suffered injuries, was prevented from transacting his business, suffered great pain of body and mind, and incurred expenses for medical attention for said injuries.

EXHIBIT 2

WHEREFORE, premises considered, Plaintiff prays for judgment against Defendant in an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, in addition to judgment interest, costs, attorney fees, and all other relief available to Plaintiffs or otherwise deemed just and equitable by this Court.

Respectfully submitted,

MARTIN JEAN & JACKSON

By: _____
Michael P. Martin, OBA # 22225
P.O. Box 1089
Stillwater, OK 74076
(405) 377-5000 Telephone
(405) 377-5011 Facsimile
mmartin@mjjlawfirm.com

**ATTORNEY LIEN CLAIMED**